# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
4:44 pm, 9/17/18
U.S. Magistrate Judge

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number 5:18-PO-00860-MLC |
| SHAWN P. FINNERTY | |
| Defendant | |

| Violation Charged | 1) Equipment--vehicle in unafe condition to wit: single functioning brake light | Citation Number | 1) 7344335 |
| | 2) Driving while revoked | | 2) 7344336 |
| | 3) Driving under the influence: incapable of safe operation | | 3) 7344337 |
| | 4) No insurance | | 4) 7344339 |
| | 5) Possession of a controlled substance, to wit: marijuana | | 5) 7344340 |
| | 6) No registration | | 6) 7344341 |

Date Violation Notice Issued   September 15, 2018   Place   Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:28-9:46 AM                                Interpreter

Date  September 17, 2018                         Interpreter Telephone

Before the Honorable Mark L. Carman

| Moe Cairns | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| F. Lee Pico | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone

☐ Voluntarily    ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to    Sep 20, 2018    at   2:00 PM
   reason:    Defendant requested counsel; detention hearing.

WY 59                                                Revised 06/26/2018

- ☐ Bail is set at
    - ☐ Unsecured   ☐ Cash/Surety   ☐ P/R-No Amount
- ☐ Conditions of release

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

- ☑ Informed of charges and rights       Date  September 17, 2018
- ☐ Defendant arraigned                  Date
- ☐ Court accepts plea                   Defendant enters ☐ Not Guilty Plea   ☐ Guilty
- ☐ Trial      Witnesses

- ☐ Disposition
    - ☐ Not Guilty
    - ☐ Guilty
    - ☐ Dismissed
    - ☐ Collateral Forfieted
    - ☐ *Nolo Contendere*
- ☐ PSI ordered
- ☐ Sentence       Date
- ☐ Imposition of jail sentence suspended
- ☑ Committed to custody for a period of   3 days pending detention hearing
- ☐ Probation for a period of
    - ☐ With Supervision   ☐ Without Supervision
- ☐ Special Conditions of Probation

- ☐ Fine                    Payable
- ☐ Restitution             To
- ☐ Community Service       To
- ☐ Special Assessment
- ☐ Processing fee: $   30.00
- ☐ Defendant advised of right to appeal
- ☐ Other